# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

### NO. 03-21-00198-CR

**Ex parte Gary Griffin, Appellant**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND ELLIS**
**REVERSED AND REMANDED ON REMAND-- OPINION BY JUSTICE ELLIS**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.